

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00064-CR

———————————————

BRENTON AUTWAVIOUS SMITH, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. 1803472

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

Appellant Brenton Autwavious Smith attempts to appeal from his murder conviction. But the trial court has certified that this "is a plea[ ]bargain case, and the defendant has NO right of appeal."[1] *See* Tex. R. App. P. 25.2(a)(2), (d) (requiring the trial court to enter a certification clarifying the defendant's right of appeal). And when, as here, "a certification that shows the defendant has the right of appeal has not been made part of the record," the appeal "must be dismissed." Tex. R. App. P. 25.2(d).

We called this issue to Smith's attention, and we gave him a month to show grounds for continuing his appeal. *See* Tex. R. App. P. 44.3. But more than a month has passed, and Smith has not responded.

Thus, "in accordance with the trial court's certification, we dismiss [the] appeal." *Dingler v. State*, No. 02-25-00458-CR, 2026 WL 253445, at *1 (Tex. App.—Fort Worth Jan. 30, 2026, no pet.) (per curiam) (mem. op., not designated for publication) (dismissing similar appeal based on identical trial court certification of "plea[ ]bargain case, [in which] the defendant ha[d] NO right of appeal"); *Joseph v. State*, No. 02-25-00335-CR, 2025 WL 2942406, at *1 (Tex. App.—Fort Worth Oct.

---

[1]Generally, in a plea bargain case, a defendant has a limited right of appeal. *See* Tex. Code Crim. Proc. Ann. art. 44.02; Tex. R. App. P. 25.2(a)(2). However, Smith's signed plea bargain paperwork confirms that he "waive[d] all rights of appeal."

16, 2025, no pet.) (mem. op., not designated for publication) (same); *see* Tex. R. App.

P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  April 23, 2026